UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL RAMIREZ MARTINEZ,

    Petitioner,

Case No. 1:26-cv-00752-PLM-SJB

v.

Hon. Paul L. Maloney

KEVIN RAYCRAFT,

    Respondent.
_____/

## ORDER TO SHOW CAUSE

    This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement, challenging the lawfulness of Petitioner's current detention.

    The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. To the extent that the North Lake Processing Center, the Warden of the North Lake Processing Center, The GEO Group, Inc., and the Sheriff of Lake County are named as Respondents in the petition, they are dismissed as Respondents.

2. The Clerk of Court shall serve copies of the petition and this order on the remaining Respondents.

3. On or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

4. Petitioner shall file a written reply on or before the third business day after Respondents file their response to the order to show cause.

5. In Respondents' response and Petitioner's reply, the parties shall address any issues of fact that must be resolved. Further, in their response, Respondents shall address whether Petitioner was previously released or paroled into the United States by immigration officials. If Petitioner was previously released or paroled into the United States, Respondents shall indicate the statutory basis for the release or parole into the United States in their written response, and Respondents shall provide copies of the relevant documents that show the statutory basis for Petitioner's release or parole into the United States and any conditions imposed on Petitioner during his release or parole. If Respondents are unable to provide copies of these documents,

they shall provide an explanation in their response as to why they are unable to do so.

6.   The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED.**

Dated:  March 10, 2026         __/s/ Paul L. Maloney_____
                                                     PAUL L. MALONEY
                                                     United States District Judge